IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELICIANO ROMO, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-4071 |
| § | |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY, § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The defendant in this case moved to compel responses to discovery requests, setting out a series of failed efforts to reach the plaintiff at his last known mailing address. The plaintiff is now proceeding pro se. On February 10, 2011, this court issued an order noting that it is the plaintiff's obligation to keep the court and opposing counsel informed of his address and how to communicate with him and that the plaintiff's failure to do so shows a lack of interest in pursuing this case. This court ordered that no later than February 25, 2011, the plaintiff must file a response to the motion to compel, must provide a current address and other contact information, and must show cause why this case should not be dismissed for lack of prosecution. The order admonished the plaintiff that failing to do so may lead to the dismissal of this case without further notice or hearing.

The court's docket reflects no further activity. The plaintiff has failed to respond to the order or seek any relief. Accordingly, this case is dismissed, without prejudice, for want of prosecution.

SIGNED on March 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge